IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:04CV317-H

| | |
|---|---|
| PREMIER DRIVING SCHOOL, INC., DAVID MOORE, JR., AND HARRILL JONES, <br><br>  Plaintiffs, <br><br>  vs. <br><br> FRED ROBINSON, SCOTT RIVERS, AND THE NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, DIVISION OF MOTOR VEHICLES, <br><br>  Defendants. | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Plaintiff's "Notice of Voluntary Dismissal Without Prejudice" (document #31) filed January 18, 2006, which the Court is treating as a Motion for Voluntary Dismissal Without Prejudice. Defense counsel has informed chambers' staff telephonically that the Defendants consent to the Court granting the re-characterized Motion.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The Plaintiff's "Notice [and Motion] of Voluntary Dismissal Without Prejudice" (document #18) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk is directed to send copies of this Order to the counsel for the parties.

**SO ORDERED, ADJUDGED AND DECREED.**

Signed: February 27, 2006

_____
Carl Horn, III
United States Magistrate Judge